IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RUTH LONJOSE,**

    Plaintiff,

v.                                                                                                No. 19-cv-0163 SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of the Social Security Administration,**

    Defendant.

### ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING SERVICE OF PROCESS

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court without Paying Fees or Costs (Long Form) [Doc. 4] ("Motion"), filed on March 8, 2019. Plaintiff requests that she be permitted to proceed in accordance with 28 U.S.C. § 1915. The Court, being fully advised in the premises FINDS that the Motion should be GRANTED.

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Application to Proceed in District Court without Paying Fees or Costs [Doc. 4] is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**